# PEREZ MORRIS HYDE LLC
**ATTORNEYS AT LAW**

140 Broadway, 46th Floor
New York, NY 10005
Office 845-634-5694 Fax 845-634-0917

**Mony B.P. Yin, Esq.**
myin@perez-morris.com

February 9, 2021

Via ECF

Hon. Gregory H. Woods
United States District Judge
Southern District of New York

**RE:** *Donna Hedges, on behalf of herself and all other persons similarly situated, v. Murray's Chess LLC*

Docket #        :        1:20-cv-08411-GHw

Dear Hon. Judge Woods:

Perez Morris Hyde LLC represents the defendant. Attorney Jeffrey M. Gottlieb of Gottlieb & Associates**,** 150 East 18 St., Suite PHR, New York, New York 10003, represents the plaintiffs in the above referenced civil action.

We write to let the court know the parties have reached a settlement agreement.

Thank you for your courtesy and attention to this matter.

Very Truly Yours,
PEREZ MORRIS HYDE LLC

*Mony B.P. Yin*
Mony B.P. Yin
(845) 743 0101
Myin@perez-morris.com

Very Truly Yours,
GOTTLIEB & ASSOCIATES

*Jeffrey M. Gottlieb*
Jeffrey M. Gottlieb
Tel: (212)228-9795
Jeffrey@Gottlieb.legal
NYJG@aol.com