UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

DONNA HEDGES, ON BEHALF OF HERSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED,

          Plaintiffs,

          v.

MURRAY'S CHEESE LLC,

          Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

No.: 1:20-cv-8411

**NOTICE OF VOLUNTARY DISMISSAL**

    Plaintiff(s), DONNA HEDGES, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against the Defendant, MURRAY'S CHEESE LLC, with prejudice and without fees and costs.

Dated: New York, New York
        March 15, 2021

                                        **GOTTLIEB & ASSOCIATES**

                                        _/s/Jeffrey M. Gottlieb, Esq._

                                        Jeffrey M. Gottlieb, Esq., (JG-7905)
                                        150 East 18th Street, Suite PHR
                                        New York, NY 10003
                                        Phone: (212) 228-9795
                                        Fax: (212) 982-6284
                                        Jeffrey@Gottlieb.legal

                                        _Attorneys for Plaintiffs_

SO ORDERED:

_____
United States District Court Judge